

**U.S. Department of Justice**

United States Attorney's Office
District of New Jersey
*Civil Division*

---

| | | |
|---|---|---|
| *Harry P. Morgenthau* | *970 Broad Street, Suite 700* | *main:* (973) 645-2700 |
| Assistant United States Attorney | *Newark, NJ 07102* | *direct:* (973) 645-2884 |
| | *harry.morgenthau@usdoj.gov* | *fax:* (973) 645-2702 |

January 28, 2026

**BY ECF**
Hon. Karen M. Williams, U.S.D.J.
U.S. District Court for the District of New Jersey
Mitchell H. Cohen United States Courthouse
Camden, NJ 08101

      Re:   *Perez Sierra v. Margolin,* **No. 25-18829**
             **Request for Extension of Time to Respond**

Dear Judge Williams:

      This Office represents Respondents in the above-referenced matter. We write to respectfully request a brief extension of time from Thursday, January 29 to Tuesday, February 3 for Respondents to "submit briefing, with supporting documentation from the bond hearing as necessary, addressing whether the bond hearing satisfied the requirements of fundamental fairness, including the allocation of the burden of proof." Order, ECF No. 6. Due to an apparent backlog of requests, EOIR did not send this Office a copy of the digital audio recording of Petitioner's bond hearing until this afternoon. This Office has engaged a court reporter to promptly generate a transcript of the audio recording, but have been advised by the court reporter that they will need until the end of the week to do so. We therefore respectfully request that Respondent's time to submit briefing in accordance with the Court's Order be extended until Tuesday, February 3. Petitioner's counsel advised that he does not oppose this request.

We thank the Court for its attention to this matter.

                                              Respectfully submitted,

                                              TODD BLANCHE
                                              U.S. Deputy Attorney General

                                              JORDAN FOX
                                              Chief of Staff to the
                                              Deputy Attorney General
                                              Associate Deputy Attorney General
                                              Special Attorney

                                   By:   *s/ Harry P. Morgenthau*
                                              HARRY P. MORGENTHAU
                                              Assistant United States Attorney
                                              *Attorneys for Respondents*

cc:     Counsel of record (by ECF)

                                              **SO ORDERED**
                                              January 29, 2026

                                              KAREN M. WILLIAMS
                                              U.S. DISTRICT COURT JUDGE